UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM RYAN,

        Plaintiff,

v.                                 CASE NO. 3:24-cv-805-TJC-SJH

WELLS FARGO BANK, N.A.,

        Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On December 30 and 31, 2024, Plaintiff filed Notices of Intent to Serve Subpoenas ("Notices"). Docs. 29-30. Discovery materials "must not be filed until they are used in the proceeding or the court orders filing[.]" Fed. R. Civ. P. 5(d)(1). The Court has not ordered the parties to file any discovery materials, and filing is not necessary at this time. Therefore, the Notices are **stricken without prejudice** to filing at a later time if necessary. Plaintiff should ensure that such discovery materials are not routinely filed in the future.

**DONE AND ORDERED** in Jacksonville, Florida, on January 2, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record